# Summons-NDIL Case 1:26-cv-2415 Inbox ×



 **wengang he** <custoslex@gmail.com>　　　　　　　　　　　　 11:58 PM (0 minutes ago)　☆　　　⋮

to me, bcc: gm9102, bcc: touv106, bcc: jiyuanjku7, bcc: zheffm2651, bcc: k56320, bcc: zhangyunchuanna22, bcc: cansuank05069, bcc: uqdbyhqcq, bcc: ydpg9983, bcc: xudanfeng19821224, ▾

Hello,

The U.S. District Court for the Northern District of Illinois has issued the attached summons in the case Yu Wang v. The Partnerships and Unincorporated Associations Identified on Schedule "A", Case No. 26-cv-2415. The deadline for each Defendant to file an Answer or otherwise respond to the Complaint is April 9, 2026.

Attached you will find in pdf a copy of the summons, along with a copy of the complaint and all accompanying exhibits. These documents, along with other relevant court documents, have been published and will continue to be published at the following website: https://www.custoslex.com/notice/26-cv-2415.html

If you have previously corresponded with us relating to this case, we will continue correspondence in the separate email thread(s).

Best regards,
Wengang He

---

## 4 Attachments · Scanned by Gmail ⓘ　⬇　 Add all to Drive



📄 2415 Summons St…



📄 Complaint.pdf



📄 Exhibit 1 Tradema…



📄 Order 2415.pdf